# UNITED STATES DISTRICT COURT
for the

Middle District of North Carolina

| | |
|---|---|
| Esoterix Genetic Laboratories, LLC <br><br> *Plaintiff* <br><br> v. <br><br> Life Technologies Corporation, Applied Biosystems, LLC and Ion Torrent Systems, Inc. <br><br> *Defendant* | ) <br> ) <br> ) <br> ) Civil Action No. 1:12-cv-00411 <br> ) <br> ) <br> ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Life Technologies Corporation
c/o Corporation Service Company
2711 Centerville Road, Suite 400
Wilmington, DE 19808

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Steven Gardner
Kilpatrick Townsend & Stockton LLP
1001 West Fourth Street
Winston-Salem, NC 27101

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

John S. Brubaker
Clerk

/s/ Leah Garland
Deputy Clerk

April 26, 2012
Date

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 1:12-cv-00411

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Life Technologies Corporation

was received by me on *(date)* 05/07/2012

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Dionne Mills, who is designated by law to accept service of process on behalf of *(name of organization)* Corporation Service Co 2711 Centerville Rd, Ste 400, Wilmington, DE 19808 on *(date)* 05/07/2012 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00

I declare under penalty of perjury that this information is true.

Date: 05/07/2012

*Server's signature*

Adam Golden, SPS
*Printed name and title*

Capitol Process Services, Inc.
1827 18th Street, NW
Washington, DC 20009
*Server's address*

Additional information regarding attempted service, etc:
docs served @ 2:33pm