IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| ESOTERIX GENETIC LABORATORIES, LLC | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | 1:12CV411 |
| LIFE TECHNOLOGIES CORPORATION, APPLIED BIOSYSTEMS, LLC, and ION TORRENT SYSTEMS, INC. | ) ) ) ) ) | |
| Defendants. | ) | |

## ORDER

This matter comes before the Court on Plaintiff's Agreed Motion [Doc. #11] for an extension of time for Defendants to respond to Plaintiff's Complaint. The Court has reviewed the Motion and concludes that good cause exists to allow the requested extension of time.

IT IS THEREFORE ORDERED that Plaintiff's Agreed Motion Extending Time of Defendants Life Technologies Corporation, Applied Biosystems, LLC and Ion Torrent Systems Inc. to Respond to Complaint is GRANTED, and Defendants have to and including July 12, 2012, within which to answer or otherwise respond to Plaintiff's Complaint.

This, the 31st day of May, 2012.

                                              /s/ Joi Elizabeth Peake
                                          United States Magistrate Judge