UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF NORTH CAROLINA
GREENSBORO DIVISION

| | | |
|---|---|---|
| Esoterix Genetic Laboratories, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Case No. 12-cv-411 |
| | ) | |
| Life Technologies Corporation, Applied Biosystems, LLC, and Ion Torrent Systems, Inc., | ) | |
| | ) | |
| Defendants. | ) | |

**DEFENDANTS LIFE TECHNOLOGIES CORPORATION, APPLIED BIOSYSTEMS, LLC, AND ION TORRENT SYSTEMS, INC.'S MOTION TO DISMISS CLAIMS OF PLAINTIFF'S COMPLAINT**

Pursuant to Federal Rule of Civil Procedure 12(b)(6), Defendants Life Technologies Corporation, Applied Biosystems, LLC, and Ion Torrent Systems, Inc. (collectively, "Life") move this Court for an Order dismissing the patent infringement claims of Plaintiff Esoterix Genetic Laboratories, LLC ("EGL") that are premised on Life's alleged contributory infringement and willful infringement. As set forth more fully in the accompanying brief, EGL's Complaint fails to allege well-pleaded facts that make those claims plausible as required by Fed. R. Civ. P. 8(a)(2). The Court should, therefore, dismiss the contributory and willful infringement claims.

Respectfully submitted, this 12th day of July, 2012.

| | |
|---|---|
| | /s/ David M. Alban |
| Rip Finst | David M. Alban (NC Bar No. 40,299) |
| (rip.finst@lifetech.com) | (david.alban@alston.com) |
| LIFE TECHNOLOGIES CORPORATION | ALSTON & BIRD LLP |
| 5791 Van Allen Way | Bank of America Plaza |
| Carlsbad, CA 92008 | 101 South Tryon Street |
| Telephone: (760) 603-7200 | Charlotte, NC 28280-4000 |
| Facsimile: (760) 476-6048 | Tel.: (704) 444-1174 |
| | Fax: (704) 444-1784 |
| | Frank G. Smith, III |
| | (frank.smith@alston.com) |
| | John W. Cox, Ph.D. |
| | (john.cox@alston.com) |
| | ALSTON & BIRD LLP |
| | One Atlantic Center |
| | 1201 West Peachtree Street |
| | Atlanta, Georgia 30309-3424 |
| | Tel.: (404) 881-7000 |
| | Fax: (404) 881-7777 |

*Counsel for Defendants Life Technologies Corp., Applied Biosystems, LLC, and Ion Torrent Systems, Inc.*

# CERTIFICATE OF SERVICE

I hereby certify that on the 12th day of July, 2012, I electronically filed the foregoing MOTION TO DISMISS CLAIMS OF PLAINTIFF'S COMPLAINT with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants.

/s/ David M. Alban
David M. Alban (NC Bar No. 40,299)
(david.alban@alston.com)
ALSTON & BIRD LLP
Bank of America Plaza
101 South Tryon Street
Charlotte, NC 28280-4000
Tel.: (704) 444-1174
Fax: (704) 444-1784

Rip Finst
(rip.finst@lifetech.com)
LIFE TECHNOLOGIES CORPORATION
5791 Van Allen Way
Carlsbad, CA 92008
Telephone: (760) 603-7200
Facsimile: (760) 476-6048

*Of Counsel:*

Frank G. Smith, III
(frank.smith@alston.com)
John W. Cox, Ph.D.
(john.cox@alston.com)
ALSTON & BIRD LLP
One Atlantic Center
1201 West Peachtree Street
Atlanta, Georgia 30309-3424
Tel.: (404) 881-7000
Fax: (404) 881-7777

*Counsel for Defendants Life Technologies Corp., Applied Biosystems, LLC, and Ion Torrent Systems, Inc.*